AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:25-cv-14197 | DATE FILED<br>11/20/2025 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Anna Jdanova | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 10/14/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-454**
**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 28, 2024

## Title

**Title of Work:** She Dances In Beauty 1

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 12, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-767**

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Harmony II

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** December 18, 2007
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-765**
**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Love Story 2

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 01, 2009
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-763**
**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Love Story 3

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 22, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-395-768**

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Dancing With A Violin 2

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** September 07, 2008
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anna Jdanova

Plaintiff,

v.

Case No.: 1:25−cv−14197
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the voluntary dismissal (Dckt. No. [27]), which is self−effectuating under Rule 41(a)(1)(A)(i). The complaint is dismissed without prejudice. Any pending motion is denied as moot. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.